No. 651, Misc. MATLACK *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 647, Misc. CAUEFIELD ET AL. *v.* FIDELITY & CASUALTY CO. OF NEW YORK ET AL. C. A. 5th Cir. Certiorari denied. *J. D. DeBlieux* for petitioners.

No. 648, Misc. THOMPSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 656, Misc. HENRY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 658, Misc. HILL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 660, Misc. FEIST *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 665, Misc. SAWYER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 674, Misc. MODESTO *v.* NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied. *Russell E. Parsons* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 637, Misc. BASKIN *v.* BASKIN ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted.